Victor BYRD, Plaintiff–Appellant,

v.

NORTH CAROLINA STATE UNIVERSITY, University Temporary Services, Defendant–Appellee.

No. 03–1217.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2003.

Decided April 22, 2003.

Victor Byrd, Appellant Pro Se. Celia Grasty Lata, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Victor Byrd appeals the district court's order dismissing his civil action alleging employment discrimination under the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Byrd v. North Carolina State Univ.*, No. CA–02–112–5–BO (E.D.N.C. Feb. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*